LAW OFFICES
# FREDRIC M. GOLD P[C]
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 28 2021

Via ECF

January 26, 2021

Hon. George B. Daniels, USDJ
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Madrid v. LIRR
               20 cv 7334 (GBD)

Dear Judge Daniels:

After conferring with defendant with regard to the annexed, executed Civil Case Management Plan and Schedule. The parties inform the Court that there are no issues to be discussed, agree to adopt the scheduling order and therefore request that the conference scheduled for February 3rd be adjourned.

Please contact us should anything else be required by the Court.

Respectfully,

Fredric M. Gold

cc: Christopher Pogan, Esq.

Encl.

---

JAN 28 2021

SO ORDERED

The initial conference is adjourned from February 2, 2021 to April 13, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS