LAW OFFICES
# FREDRIC M. GOLD PC
A PROFESSIONAL CORPORATION

FREDRIC M. GOLD

LAURIE HOCKMAN
LEGAL ASSISTANT

450 SEVENTH AVE., SUITE 1308
NEW YORK, NEW YORK 10123
212.244.2740
FAX 212.244.2258

www.myrailroadlawyer.net
fredricmgold@verizon.net

Via ECF

April 9, 2021

Hon. George B. Daniels, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED

The status conference is adjourned from
April 13, 2021 to June 15, 2021 at 9:45 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

APR 1 2 2021

Re: Madrid v. LIRR
    20 cv 7334 (GBD)

Dear Judge Daniels:

This correspondence will confirm my communication with chambers today regarding the status of discovery in this matter. At this time, the parties have completed paper discovery and are in the process of scheduling depositions and possibly the examination of the plaintiff by defendant's medical expert. I have conferred with the defendant's counsel and he joins my request for sixty day adjournment of the conference scheduled for Tuesday, April 13 to permit the parties to fully complete discovery.

Thank you for your time and attentions to this matter.

Respectfully,

Fredric M. Gold

cc: Christopher Pogan Esq.
    LIRR Law Department