UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PATRICIO MADRID,

                  Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                  Defendant.

------------------------------------- x

ORDER

20 Civ. 7334 (GBD)

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on June 15, 2021 at 9:45 a.m. is hereby cancelled.

A final pretrial conference is scheduled to occur on August 10, 2021 at 9:45 a.m.

Dated: June 8, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE