UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

PATRICIO MADRID,

                       Plaintiff,

-against-

LONG ISLAND RAILROAD COMPANY,

                       Defendant.

------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED AUG 0 3 2021

ORDER

20 Civ. 7334 (GBD)

GEORGE B. DANIELS, District Judge:

    The parties' request for an adjournment, (ECF No. 17), is GRANTED. The final pretrial conference is adjourned from August 10, 2021 to September 28, 2021 at 11:00 a.m. The Joint Pretrial Order shall be filed no later than September 21, 2021.

Dated: August 3, 2021
       New York, New York

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE