**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

PATRICIO MADRID,

      Plaintiff,

 -against-

LONG ISLAND RAILROAD COMPANY,

      Defendant.

------------------------------------ x

ORDER

20 Civ. 7334 (GBD)

GEORGE B. DANIELS, District Judge:

  The parties' request for an adjournment, (ECF No. 19), is GRANTED. The final pretrial conference is adjourned from September 28, 2021 to October 26, 2021 at 9:45 a.m. The Joint Pretrial Order shall be filed no later than October 21, 2021.

Dated: September 23, 2021
   New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE