**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
PATRICIO MADRID,                                        :
                                                        :
                                Plaintiff,              :
              -against-                                 :
                                                        :         ORDER
LONG ISLAND RAILROAD COMPANY,                           :
                                                        :   20 Civ. 7334 (GBD)
                                Defendant.              :
                                                        :
                                                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, District Judge:

The parties' request for an adjournment, (ECF No. 21), is GRANTED. The final pretrial

conference is adjourned from October 26, 2021 to November 30, 2021 at 9:45 a.m.


Dated: October 21, 2021
       New York, New York

                                          SO ORDERED.

                                          _George B. Daniel_____
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE