UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

PATRICIO MADRID,

                      Plaintiff,

    -against-

LONG ISLAND RAILROAD COMPANY,

                      Defendant.

------------------------------------- x

ORDER

20 Civ. 7334 (GBD)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within sixty (60) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: November 29, 2021
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge